# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KENNETH HIGH,

        Petitioner,

vs.

                                           CASE NO. 05-71928
                                           CRIMINAL NO. 89-80352
                                           HON. LAWRENCE P. ZATKOFF

UNITED STATES OF AMERICA,

        Respondent.

_____/

## DEFICIENCY ORDER

On December 28, 2005, Petitioner filed a Motion to Proceed on Appeal in Forma Pauperis. 28 U.S.C. § 1915(a)(2) requires an affidavit and a certified trust fund account statement to be filed with the request.  Petition's Motion did not contain a certified trust fund account statement.

The Court hereby ORDERS Petitioner to produce the certified trust fund account statement within thirty days upon receipt of this order.  If Petitioner does not file the required documents within thirty days, his appeal may be dismissed for want of prosecution under Fed. R. App. P. 3(a), and the entire filing fee will be due. *McGore v. Wrigglesworth*, 114 F.3d 601, 610 (6th Cir. 1997).

IT IS SO ORDERED.

                              s/Lawrence P. Zatkoff_____
                              LAWRENCE P. ZATKOFF
                              UNITED STATES DISTRICT JUDGE

Dated:  March 15, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 15, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290