**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KENNETH HIGH,

    Petitioner,

vs.                                     CASE NO. 05-71928
                                           CRIMINAL NO. 89-80352
                                           HON. LAWRENCE P. ZATKOFF

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER GRANTING PETITIONER'S REQUEST TO APPEAL IN FORMA PAUPERIS**

On November 22, 2005, the Court denied Petitioner's Petition for Writ of Habeas Corpus. Petitioner has appealed that decision to the Sixth Circuit Court of Appeals, and has filed a request to proceed in forma pauperis. After reviewing Petitioner's financial affidavit, the Court HEREBY GRANTS Petitioner's request.

    IT IS SO ORDERED.

                                                            s/Lawrence P. Zatkoff
Dated: April 19, 2006                                LAWRENCE P. ZATKOFF
                                                             UNITED STATES DISTRICT JUDGE

S:\Zatkoff\Marie ECF\0571928.high.ifp.grant.wpd